UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METHAQ RASHID ALLAW,<br><br>Plaintiff,<br><br>v.<br><br>ANNE ARRIES CORSANO, *et al*.,<br><br>Defendants. | Case No. 2:19-cv-1870 RAJ<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' stipulated motion for an order of dismissal. Dkt. # 11. This case is hereby **DISMISSED WITHOUT PREJUDICE** and without an award of costs or fees to either party. The government shall issue a decision on the Application within thirty days of the date of this order.

Dated this 23rd day of March, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1